

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00275-CV

| | | |
|---|---|---|
| IN THE INTEREST OF H.W. AND B.W., CHILDREN | § | On Appeal from the 467th District Court |
| | § | of Denton County (2013-30025-211) |
| | § | May 1, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| | § | Dissenting Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant father and appellant mother shall each pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth